# EXHIBIT A

GAYLORD OPRYLAND®

# AGREEMENT BETWEEN
## HD Vest Inc.
## and
## Gaylord Opryland Resort & Convention Center

**DESCRIPTION OF GROUP AND EVENT**

The following represents an agreement between Gaylord Opryland Resort & Convention Center, 2800 Opryland Drive, Nashville, TN, 37214, (615) 889-1000 and **HD Vest Inc.**

ORGANIZATION: HD Vest Inc.

CONTACT:

| | |
|---|---|
| Name: | Rynnel Cook |
| Job Title: | Meeting and Event Manager |
| Street Address: | 6333 N State Highway 161 Fl. 4 |
| City, State/Province: | Irving, TX |
| Postal Code: | 75038-2219 |
| Country: | USA |
| Phone Number: | (972) 870-6579 |
| E-mail Address: | rynnel.cook@hdvest.com |

NAME OF EVENT: HD Vest Connect Conference 2021

REFERENCE #: M-DN0P1KT

OFFICIAL PROGRAM DATES: Friday, 06/18/2021 - Friday, 06/24/2021

**GUEST SLEEPING ROOM BLOCK**

The following guest sleeping rooms have been reserved for the Group on the dates set forth below (the "Room Block") for the HD Vest Connect Annual Conference (the "Event"):

| Room Type | 6/18/21 Fri | 6/19/21 Sat | 6/20/21 Sun | 6/21/21 Mon | 6/22/21 Tue | 6/23/21 Wed | 6/24/21 Thu | Total |
|---|---|---|---|---|---|---|---|---|
| Run of House | 4 | 20 | 474 | 1010 | 1010 | 1010 | 3 | 3531 |
| Staff Rooms | 0 | 0 | 20 | 20 | 20 | 20 | 0 | 80 |
| Executive Suite Parlor | 0 | 0 | 10 | 10 | 10 | 10 | 0 | 40 |
| Connecting Bedrooms to Executive Parlor | 0 | 0 | 10 | 10 | 10 | 10 | 0 | 40 |
| Presidential Suite | 0 | 0 | 2 | 2 | 2 | 2 | 0 | 8 |
| Total | 4 | 20 | 516 | 1052 | 1052 | 1052 | 3 | 3699 |

We will reserve the room block noted above until **March 31, 2019**. Due to the very high demand we anticipate over these dates, the Hotel reserves the right to release your first option if we have not received the signed copies of the Agreement verifying confirmation by this time. In the event we have a definite request for these dates prior to your option date, we will contact you for a decision. You will have one (1) business day to either return the signed contract, or release the option.

**GROUP ROOM RATES**

The confirmed net, non-commissionable per night room rate for the 2021 Event will be:

| | |
|---|---|
| Single/double occupancy rooms: | $ 244.00 |
| Staff Room Rate | $ 149.00 |

Applicable taxes will be added to room rates (currently 9.25% State Tax, 6% Occupancy Tax).

Subject to availability, Group rates will apply three (3) days prior to, and three (3) days following, the dates of the Event. Each additional person to a room is $20.00. Children twelve (12) years and under are free when occupying the same room as their parents.

**GROWTH BLOCK**

| Room Type | 6/18/21 Fri | 6/19/21 Sat | 6/20/21 Sun | 6/21/21 Mon | 6/22/21 Tue | 6/23/21 Wed | 6/24/21 Thu | Total |
|---|---|---|---|---|---|---|---|---|
| Run of House | 4 | 20 | 154 | 603 | 603 | 603 | 3 | 1990 |
| Staff Rooms | 0 | 0 | 20 | 20 | 20 | 20 | 0 | 80 |
| Junior Suite | 0 | 0 | 15 | 15 | 15 | 15 | 0 | 60 |
| Executive/Deluxe Suite Parlor | 0 | 0 | 5 | 5 | 5 | 5 | 0 | 20 |
| Connecting Bedrooms to Executive/Deluxe Parlor | 0 | 0 | 5 | 5 | 5 | 5 | 0 | 20 |
| Total | 4 | 20 | 199 | 648 | 648 | 648 | 3 | 2170 |

The Hotel will reserve this growth block on a first option basis until Friday, June 28, 2019 at which time HD Vest Inc. must verify conformation for all or any portion thereof for the above growth block. If confirmation has not been received by this time, the Hotel reserves the right to release these rooms or any portion not verified by HD Vest Inc.for sale. If the Hotel has a request for these rooms prior to this option date, the Hotel will contact HD Vest Inc.for a decision which must be made within 5 business days. The Hotel will adjust space and concessions appropriately to add if growth block is taken and increase the food and beverage minimum to $675,000 on an addendum.

**REVISED BLOCK with GROWTH BLOCK would be:**

| Room Type | 6/18/21 Fri | 6/19/21 Sat | 6/20/21 Sun | 6/21/21 Mon | 6/22/21 Tue | 6/23/21 Wed | 6/24/21 Thu | Total |
|---|---|---|---|---|---|---|---|---|
| Run of House | 8 | 40 | 628 | 1613 | 1613 | 1613 | 6 | 5521 |
| Staff Rooms | 0 | 0 | 40 | 40 | 40 | 40 | 0 | 160 |
| Junior Suite | 0 | 0 | 15 | 15 | 15 | 15 | 0 | 60 |
| Executive/Deluxe Suite Parlor | 0 | 0 | 15 | 15 | 15 | 15 | 0 | 60 |
| Connecting Bedrooms to Executive/Deluxe Parlor | 0 | 0 | 15 | 15 | 15 | 15 | 0 | 60 |
| Presidential Suite | 0 | 0 | 2 | 2 | 2 | 2 | 0 | 8 |
| Total | 8 | 40 | 715 | 1700 | 1700 | 1700 | 6 | 5869 |

**REBATES; DISCLOSURE**

We will pay 10% ($24.40) of room rate for each revenue room actually utilized by the group within the Room Block at the group rates ($244++) set forth in this Agreement to **HD Vest Inc.** for the purposes of offsetting downtown transportation charges. This payment will be paid after we have received full payment for the event. You agree to determine whether, and the extent to which, disclosure of this

payment must be disclosed to attendees of the Event or any other third parties, and to make all such required disclosures. You agree to indemnify, defend and hold us harmless from and against any and all claims, losses, liabilities or costs arising out of any failure to properly disclose the rebate arrangements hereunder.

**RESORT FEE:**
The prevailing daily resort fee, currently $20.00 plus applicable tax, will be **added** to the guest room rate. This fee will cover several in-room amenities which will include:

- High speed in-room wireless Internet access
- Unlimited local and domestic long distance calls
- Daily scheduled shuttle service to Grand Ole Opry House, Opry Mills, General Jackson Showboat & The Inn at Opryland
- Fitness Center access
- Bottled water (2 daily) replenished once daily with housekeeping service
- Daily credit of up to $10 per room towards dry cleaning (Credit is not cumulative through stay)
- Gaylord Spring Golf Links practice range access, daily bucket of balls and shuttle
- Wildhorse Saloon cover charge for up to 4 guests (some restrictions apply)
- Opry Mills Savings Passport worth hundreds of dollars in additional savings

Please note that the parking fee is currently $29.00 for self-parking and $40.00 for valet parking inclusive of tax.

**REWARDS PROGRAM – MARRIOTT BONVOY EVENTS**
Marriott Bonvoy Events provides Points or Miles to eligible Marriott Bonvoy Members who book and hold qualifying meetings and events at Participating Properties.

Approximately ten (10) business days after the conclusion of the Event (provided that the Event is not cancelled and HD Vest Inc. has otherwise complied with the material terms and conditions of this Agreement), the Hotel will award Points or Miles to the Member and relevant account identified below. By inserting the airline frequent flyer account information, the recipient elects to receive Miles instead of Points.

Marriott Bonvoy Events is not available in certain circumstances, including (1) for any government employee or official booking a government event (U.S. government event or non-U.S. government event); (2) for any employee of a state-owned or state-controlled entity ("SOE") booking an event on behalf of the SOE; or (3) for any other planner or intermediary when booking an event on behalf of a non-U.S. governmental entity or SOE. Hotels in the Asia Pacific region are restricted from awarding Points or Miles to any intermediary booking an event on behalf of any governmental entity or SOE.

GROUP MUST CHECK **ONE** OPTION BELOW:

The Contact (as identified on page 1 of this Agreement or the Authorized Signer of this Agreement) is eligible to receive Points or Miles.

KAC
3/31/19

Member Name Rynnel Cook
Marriott Bonvoy Membership Number 112152652

*If Miles are desired instead of Points, please also provide:

Participating airline name ______
Participating airline frequent flyer account number______

**OR**

The Contact (as identified on page 1 of this Agreement or the Authorized Signer of this

Agreement) declines or is not eligible to receive Points or Miles and hereby waives the right to receive Points or Miles in connection with the Event.

The individual identified above to receive either Points or Miles may not be changed without such individual's prior written consent. The number of Points or Miles to be awarded shall be determined pursuant to the Marriott Bonvoy Terms and Conditions (the "Terms and Conditions"), as in effect at the time of award. All Marriott Bonvoy Terms and Conditions apply. The Terms and Conditions are available on-line at https://www.marriott.com/loyalty/terms/default.mi and may be changed at the sole discretion of Marriott International, Inc. at any time and without notice. Capitalized terms used in this section have the meanings given to them in the Terms and Conditions.

**RESERVATIONS PROCEDURE**
Please indicate which of the following procedures will be used by your group:

TBD ______ Individual Reservations for the Event will be made by individual attendees directly with Marriott reservations at (888) 777-6779.

KAC _______Rooming List.

3/31/19 Hotel will provide Group a weekly guestroom pick-up report starting 45 days prior to the established cut-off date.

**GROUPMAX SYSTEM/PASSKEY - HOUSING OPTION**
Gaylord Opryland Resort & Convention Center currently offers you the services of GroupMax/Passkey – an online group reservation management solution that allows meeting planners a 24-hour real-time visibility into room pickup, registration activity, and more. We can also create a custom web page for your group that allows attendees to book rooms, request special services and make last-minute changes, all maintained in a centralized database accessible only to the hotel and the meeting planner.

Passkey is currently available on a complimentary basis. Ask your Sales or Event Manager at Gaylord Opryland Resort & Convention Center for more information on this exciting technology.

**GUARANTEED RESERVATIONS**
All reservations must be accompanied by a first night room deposit or be guaranteed by HD Vest Inc. Hotel will not hold any reservations unless secured by one of the above methods. Credit cards will be charged prior to arrival.

If rooms are not guaranteed to the Group's master account, a deposit equal to one night's stay is required to hold each individual's reservation. Should a guest cancel a reservation, the deposit will be refunded if notice is received at least three (3) working days prior to arrival, and a cancellation number is obtained.

**NO ROOM TRANSFER BY GUEST**
HD Vest Inc. agrees that neither HD Vest Inc. nor attendees of the Event nor any intermediary shall be permitted to assign any rights or obligations under this Group Sales Agreement, or to resell or otherwise transfer to persons not associated with HD Vest Inc. reservations for guestrooms, meeting rooms or any other facilities made pursuant to this Group Sales Agreement.

**CUTOFF DATE**
Reservations by attendees must be received on or before, **Friday, May 21, 2021** (the "Cutoff Date"). At the Cutoff Date, Hotel will review the reservation pickup for the Event, release the unreserved rooms for general sale, and determine whether it can accept reservations based on a space- and rate-available basis at HD Vest Inc.' group rate after this date.

Release of rooms for general sale following the Cutoff Date does not affect HD Vest Inc.' obligation, as discussed elsewhere in this Agreement, to utilize guest rooms.

**CHECK-OUT TIME**
Check-in time is 4:00 p.m. local time. Check-out time is 11:00 a.m. local time. Anyone checking out after 11:00 a.m. local time may incur late charges. Special arrangements can be made for late check-outs based on availability, and/or luggage can be stored for individuals with later departures.

**COMPLIMENTARY POLICY**
We are pleased to extend to your group one complimentary single room (unit) per every 50 rooms utilized at the group rate during your meeting. Any rooms with rates discounted below the group rate will not be calculated in the complimentary allotment. This number is determined by the actual rooms occupied by your group on a cumulative basis divided by 50. The value of the complimentary rooms earned at the net group rate will be credited to the Group master account.

**SPECIAL INCENTIVES**
Based off signing two years with Gaylord Hotels by March 31, 2019- Gaylord Opryland for 2021 and Gaylord Rockies for 2022 and provided that the Group utilizes 80% of the Room Block, we are pleased to provide, as special added incentives, the following: (concessions may increase slightly if growth block is taken per revised room block grid above)

- 10% rebate on room revenue received by Hotel at the group rate or higher (excludes any rooms discounted off Group's room rate), paid back to Group's master account
- Ten (10) One-Bedroom Executive Suites at group rate per room block grid above- guest rooms is at the group rate and parlor complimentary
- Two (2) Presidential Suite at the group rate per room block grid above
- Up to Twenty (20) Staff Rooms at a discounted rate of $149.00
- Hotel will offer group rate three (3) days pre and three (3) days post program dates, based on ROH availability
- Hotel will offer 2020 published catering menu pricing
- Up to five (5) complimentary room nights for pre-planning, based on Hotel availability
- Up to ten (10) complimentary VIP welcome amenities, Hotel's choice (Value $60.00 each)
- Meeting space rental waived with an 80% pickup of the Room Night Commitment and an achieved catering spend of $575,000.00 before tax and service charge
- Up to ten (10) complimentary self-parking passes for single day use
- 20% discount on A/V equipment if in house provider is used for A/V needs (excludes rigging, house sound, truss and labor)
- One (1) complimentary daily beverage break (non-alcoholic) in staff office for up to ten (10) people
- Bartender fees waived for any bar with $1,000.00 in sales or greater, before tax and service charge
- Up to ten (10) Food Station Attendant fees waived
- 15% discount on shipping and handling for up to ten (10) items of less than 100 lbs. each
- 15% discount on published electrical charges
- Complimentary re-keying for up to five (5) meeting rooms, for up to to five (5) days
- Complimentary easels for meeting rooms, with-in hotel inventory
- Three (3) complimentary power strips for office
- One (1) complimentary House Phone in the office
- One (1) complimentary House Phone at the Hospitality desk
- One (1) complimentary DID Line in the office
- One (1) complimentary DID Line in the Hospitality Desk
- Unlimited Wi-Fi utilization in Client Workroom/Office for up to six users; excludes hard lines and labor

- 100,000 Marriott Reward Points to Rynnel Cook upon signing of contract
- Group food and beverage spend for a group buyout of The Wildhorse, General Jackson and/or Grand Ole Opry will count towards the groups food and beverage minimum at the hotel
- 10% off SoundWaves tickets for group based on availability. Group link will be set up prior to arrival.

Added concessions for a three year deal with Gaylord Hotels- 2021 Opryland, 2022 Rockies and 2023 Palms (to be signed by September 1, 2019):

- Marriott Rewards- 50,000 additional Marriott Rewards Points
- $5,000 at Gaylord Opryland and $10,000 at Gaylord Palms and Gaylord Rockies credit towards an in house banquet F&B function of groups choice
- Add ten (10) Junior Suites Sunday-Thursday at the group rate
- Room block review clause for Palms

In the event of reductions in the room night commitment of more than 20% the hotel may adjust any concessions previously offered in this agreement, including concessions offered on a complimentary basis, and may also adjust the functions space in direct proportion to the reduction in the room night commitment.

**LOWEST GROUP RATE**
Hotel agrees that Group's net rate will be the lowest group rate in house over the peak nights of the Event (6/21-6/23), excluding, however (i) government rates and government meetings; (ii) group business booked prior to the date hereof or within 6 months of the first peak night of the Event; (iii) groups with differing spending and arrival/departure patterns; (iv) staff/complimentary rates or rooms included as part of concessions given to any group; (v) Hotel discount programs and negotiated volume rates; and (vi) group business booked to replace Group's unused rooms (i.e., Group is not expected to utilize all of the Room Block).

**MULTI-YEAR TERMS & AGREEMENT**
The rates, special incentives and other terms and conditions set forth within this agreement have been negotiated and agreed to by Gaylord Hotels/Marriott International based upon Group's commitment to hold each of the contracted events. Therefore, cancellation by Group of either contracted Event will result in adjustment of the terms of the remaining Events (including but not limited to rate, special incentives, attrition and cancellation) to prevailing market conditions

**DEPOSITS**
Seventy-five percent (75%) of the anticipated Group expenditures to be master billed, including all food and beverage charges, is due thirty (30) days prior to arrival. Until this pre-payment is made, the Hotel reserves the right to withhold any or all the services hereunder agreed to.

**MASTER ACCOUNT**
Hotel must be notified in writing at least 10 days prior to arrival of the authorized signatories and the charges that are to be posted to the Master Account. Any cancellation or attrition fees will be billed to the Master Account.

**METHOD OF PAYMENT**
The method of payment of the Master Account will be established upon approval of HD Vest Inc.' credit. If credit is approved, the outstanding balance of HD Vest Inc. Master Account (less any advance deposits and exclusive of disputed charges) will be due and payable upon receipt of invoice.

HD Vest Inc. will raise any disputed charge(s) within 10 days after receipt of the invoice. The Hotel will work with HD Vest Inc. in resolving any such disputed charges, the payment of which will be due upon receipt of invoice after resolution of the dispute. If payment of any invoice is not received within thirty (30) days of the date on which it was due, Hotel will impose a finance charge at the rate of the lesser of 1-1/2% per month (18% annual rate) or the maximum allowed by law on the unpaid balance

commencing on the invoice date.

HD Vest Inc. has indicated that it has elected to use the following form of payment:

TBD

- [ ] Cash, money order, or other guaranteed form of payment
- [ ] Credit card (We accept all major credit cards)
- [ ] Company check or Electronic Funds Transfer
- [ ] Direct Bill

HD Vest Inc. may not change this form of payment.

In the event that credit is not approved, HD Vest Inc. agrees to pay an additional advance deposit in an amount to be determined by the Hotel in its reasonable discretion, with the full amount due prior to the start of the group's event.

KAC
3/31/19

Please indicate which of the following will be billed to your master account

Room and tax (Entire group)_____
Rooms and tax (VIPS and staff) __________
Authorized Food and Beverage ________
Incidental Charges _____
Standard Gratuities _______

**PROGRAM**

We have reserved space for your meeting and social functions based on our understanding of your needs at this time, as set forth in the attached Program Schedule attached hereto and incorporated herein. Your execution of the Agreement will serve as your approval of the attached program schedule.

Provided that you utilize at least 80% of the Room Block, such meeting space will be provided complimentary.

Specific meeting rooms cannot be guaranteed and are subject to change. We reserve the right to adjust the assignment of the Group's meeting and function space to a size appropriate for the number of expected attendees at each function.

Sixty (60) days before the Group's arrival date, your Convention Services team must receive the Group's final agenda. At that time, all space unused by your group will be released back into the hotel's inventory. Any space additional and/or changes to the agenda within 60 days will continue to be based on availability, and may incur additional room rental.

| Start Time | End Time | Function Space | Function Type | Post As/Signage | Set-Up Style | Exp |
|---|---|---|---|---|---|---|
| **Saturday, June 19, 2021** | | | | | | |
| 1:00 PM | 11:45 PM | Delta Island D | Office | Office | Office | 1 |
| 2:00 PM | 11:45 PM | Delta Island Boardroom | Board Meeting | Board Meeting Setup | Conference | 10 |
| **Sunday, June 20, 2021** | | | | | | |
| 2:00 AM | 11:45 PM | Delta Island Boardroom | Board Meeting | Board Meeting | Conference | 10 |
| 2:00 AM | 11:45 PM | Delta Island D | Office | Office | Office | 1 |
| 8:00 AM | 11:45 PM | Delta Island C | Office | Office | Office | 1 |
| 1:00 PM | 11:45 PM | Delta A Lobby | 24 Hour Hold | Cyber Cafe | Special | 1 |
| 1:00 PM | 11:45 PM | Delta A Registration Desk | Office | Office | Office | 1 |
| 1:00 PM | 11:45 PM | Delta A w/Corridor | General Session | General Session Setup | Theatre | 1,200 |
| 1:00 PM | 11:45 PM | Delta BCD | Meal Room | Meals Overflow | Flow | 1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1:00 PM | 11:45 PM | Delta BCD Lobby | 24 Hour Hold | Meals Overflow | Planner Defined | 1 |
| 1:00 PM | 11:45 PM | Delta C Registration Desk | Registration | Registration Desk | Registration | 1 |
| 1:00 PM | 11:45 PM | Delta D Registration Desk | Registration | Registration Desk | Registration | 1 |
| 1:00 PM | 11:45 PM | Delta Island F | Storage | Storage | Storage | 1 |
| 1:00 PM | 11:45 PM | Ryman Hall C1 | Exhibits | Exhibits Setup | Exhibits | 1 |
| 2:00 PM | 11:45 PM | Bayou AB | Breakout | Breakout #10 Setup | Theatre | 300 |
| 2:00 PM | 11:45 PM | Bayou CD | Breakout | Breakout #9 Setup | Theatre | 300 |
| 2:00 PM | 11:45 PM | Bayou E | Breakout | Breakout #8 Setup | Theatre | 300 |
| 2:00 PM | 11:45 PM | Canal A | Breakout | Breakout #3 Setup | Theatre | 100 |
| 2:00 PM | 11:45 PM | Canal B | Breakout | Breakout #4 Setup | Theatre | 100 |
| 2:00 PM | 11:45 PM | Canal C | Breakout | Breakout #5 Setup | Theatre | 100 |
| 2:00 PM | 11:45 PM | Canal D | Breakout | Breakout #6 Setup | Theatre | 100 |
| 2:00 PM | 11:45 PM | Canal E | Breakout | Breakout #7 Setup | Theatre | 100 |
| 2:00 PM | 11:45 PM | Delta Island AB | Breakout | Breakout #2 Setup | Theatre | 100 |
| 2:00 PM | 11:45 PM | Delta Island E | Breakout | Breakout #1 Setup | Theatre | 100 |
| **Monday, June 21, 2021** | | | | | | |
| 2:00 AM | 11:45 PM | Bayou AB | Breakout | Breakout #10 | Theatre | 300 |
| 2:00 AM | 11:45 PM | Bayou CD | Breakout | Breakout #9 | Theatre | 300 |
| 2:00 AM | 11:45 PM | Bayou E | Breakout | Breakout #8 | Theatre | 300 |
| 2:00 AM | 11:45 PM | Canal A | Breakout | Breakout #3 | Theatre | 100 |
| 2:00 AM | 11:45 PM | Canal B | Breakout | Breakout #4 | Theatre | 100 |
| 2:00 AM | 11:45 PM | Canal C | Breakout | Breakout #5 | Theatre | 100 |
| 2:00 AM | 11:45 PM | Canal D | Breakout | Breakout #6 | Theatre | 100 |
| 2:00 AM | 11:45 PM | Canal E | Breakout | Breakout #7 | Theatre | 100 |
| 2:00 AM | 11:45 PM | Delta A Lobby | 24 Hour Hold | Cyber Cafe | Special | 1 |
| 2:00 AM | 11:45 PM | Delta A Registration Desk | Office | Office | Office | 1 |
| 2:00 AM | 11:45 PM | Delta A w/Corridor | General Session | General Session | Theatre | 1,200 |
| 2:00 AM | 11:45 PM | Delta BCD | Meal Room | Meals Overflow | Flow | 1 |
| 2:00 AM | 11:45 PM | Delta BCD Lobby | 24 Hour Hold | Meals Overflow | Planner Defined | 1 |
| 2:00 AM | 11:45 PM | Delta C Registration Desk | Registration | Registration Desk | Registration | 1 |
| 2:00 AM | 11:45 PM | Delta D Registration Desk | Registration | Registration Desk | Registration | 1 |
| 2:00 AM | 11:45 PM | Delta Island AB | Breakout | Breakout #2 | Theatre | 100 |
| 2:00 AM | 11:45 PM | Delta Island Boardroom | Board Meeting | Board Meeting | Conference | 10 |
| 2:00 AM | 11:45 PM | Delta Island C | Office | Office | Office | 1 |
| 2:00 AM | 11:45 PM | Delta Island D | Office | Office | Office | 1 |
| 2:00 AM | 11:45 PM | Delta Island E | Breakout | Breakout #1 | Theatre | 100 |
| 2:00 AM | 11:45 PM | Delta Island F | Storage | Storage | Storage | 1 |
| 2:00 AM | 11:45 PM | Ryman Hall C1 | Exhibits | Exhibits | Exhibits | 1 |
| 5:30 PM | 6:30 PM | Delta Garden | Reception | Welcome Reception | Special | 1,200 |
| 6:30 PM | 7:15 PM | Delta Pavilion | Reception | PAF Reception | Lounge | 120 |
| 7:30 PM | 9:00 PM | Delta Island E | Dinner | Presidents Dinner | Rounds of 8 | 30 |
| **Tuesday, June 22, 2021** | | | | | | |
| 2:00 AM | 11:45 PM | Bayou AB | Breakout | Breakout #10 | Theatre | 300 |
| 2:00 AM | 11:45 PM | Bayou CD | Breakout | Breakout #9 | Theatre | 300 |
| 2:00 AM | 11:45 PM | Bayou E | Breakout | Breakout #8 | Theatre | 300 |
| 2:00 AM | 11:45 PM | Canal A | Breakout | Breakout #3 | Theatre | 100 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2:00 AM | 11:45 PM | Canal B | Breakout | Breakout #4 | Theatre | 100 |
| 2:00 AM | 11:45 PM | Canal C | Breakout | Breakout #5 | Theatre | 100 |
| 2:00 AM | 11:45 PM | Canal D | Breakout | Breakout #6 | Theatre | 100 |
| 2:00 AM | 11:45 PM | Canal E | Breakout | Breakout #7 | Theatre | 100 |
| 2:00 AM | 11:45 PM | Delta A Lobby | 24 Hour Hold | Cyber Cafe | Special | 1 |
| 2:00 AM | 11:45 PM | Delta A Registration Desk | Office | Office | Office | 1 |
| 2:00 AM | 11:45 PM | Delta A w/Corridor | General Session | General Session | Theatre | 1,200 |
| 2:00 AM | 11:45 PM | Delta BCD | Meal Room | Meals Overflow | Flow | 1 |
| 2:00 AM | 11:45 PM | Delta BCD Lobby | 24 Hour Hold | Meals Overflow | Planner Defined | 1 |
| 2:00 AM | 11:45 PM | Delta C Registration Desk | Registration | Registration Desk | Registration | 1 |
| 2:00 AM | 11:45 PM | Delta D Registration Desk | Registration | Registration Desk | Registration | 1 |
| 2:00 AM | 11:45 PM | Delta Island AB | Breakout | Breakout #2 | Theatre | 100 |
| 2:00 AM | 11:45 PM | Delta Island Boardroom | Board Meeting | Board Meeting | Conference | 10 |
| 2:00 AM | 11:45 PM | Delta Island C | Office | Office | Office | 1 |
| 2:00 AM | 11:45 PM | Delta Island D | Office | Office | Office | 1 |
| 2:00 AM | 11:45 PM | Delta Island E | Breakout | Breakout #1 | Theatre | 100 |
| 2:00 AM | 11:45 PM | Delta Island F | Storage | Storage | Storage | 1 |
| 2:00 AM | 11:45 PM | Ryman Hall C1 | Exhibits | Exhibits | Exhibits | 1 |
| **Wednesday, June 23, 2021** | | | | | | |
| 2:00 AM | 11:45 PM | Bayou AB | Breakout | Breakout #10 | Theatre | 300 |
| 2:00 AM | 11:45 PM | Bayou CD | Breakout | Breakout #9 | Theatre | 300 |
| 2:00 AM | 11:45 PM | Bayou E | Breakout | Breakout #8 | Theatre | 300 |
| 2:00 AM | 11:45 PM | Canal A | Breakout | Breakout #3 | Theatre | 100 |
| 2:00 AM | 11:45 PM | Canal B | Breakout | Breakout #4 | Theatre | 100 |
| 2:00 AM | 11:45 PM | Canal C | Breakout | Breakout #5 | Theatre | 100 |
| 2:00 AM | 11:45 PM | Canal D | Breakout | Breakout #6 | Theatre | 100 |
| 2:00 AM | 11:45 PM | Canal E | Breakout | Breakout #7 | Theatre | 100 |
| 2:00 AM | 11:45 PM | Delta A Lobby | 24 Hour Hold | Cyber Cafe | Special | 1 |
| 2:00 AM | 11:45 PM | Delta A Registration Desk | Office | Office | Office | 1 |
| 2:00 AM | 11:45 PM | Delta A w/Corridor | General Session | General Session | Theatre | 1,200 |
| 2:00 AM | 11:45 PM | Delta BCD | Meal Room | Meals Overflow | Flow | 1 |
| 2:00 AM | 11:45 PM | Delta BCD Lobby | 24 Hour Hold | Meals Overflow | Planner Defined | 1 |
| 2:00 AM | 11:45 PM | Delta C Registration Desk | Registration | Registration Desk | Registration | 1 |
| 2:00 AM | 11:45 PM | Delta D Registration Desk | Registration | Registration Desk | Registration | 1 |
| 2:00 AM | 11:45 PM | Delta Island AB | Breakout | Breakout #2 | Theatre | 100 |
| 2:00 AM | 11:45 PM | Delta Island Boardroom | Board Meeting | Board Meeting | Conference | 10 |
| 2:00 AM | 11:45 PM | Delta Island C | Office | Office | Office | 1 |
| 2:00 AM | 11:45 PM | Delta Island D | Office | Office | Office | 1 |
| 2:00 AM | 11:45 PM | Delta Island E | Breakout | Breakout #1 | Theatre | 100 |
| 2:00 AM | 11:45 PM | Delta Island F | Storage | Storage | Storage | 1 |
| 2:00 AM | 11:45 PM | Ryman Hall C1 | Exhibits | Exhibits | Exhibits | 1 |
| **Thursday, June 24, 2021** | | | | | | |
| 2:00 AM | 2:00 PM | Bayou AB | Breakout | Breakout #10 | Theatre | 300 |
| 2:00 AM | 2:00 PM | Bayou CD | Breakout | Breakout #9 | Theatre | 300 |
| 2:00 AM | 2:00 PM | Bayou E | Breakout | Breakout #8 | Theatre | 300 |
| 2:00 AM | 2:00 PM | Canal A | Breakout | Breakout #3 | Theatre | 100 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2:00 AM | 2:00 PM | Canal B | Breakout | Breakout #4 | Theatre | 100 |
| 2:00 AM | 2:00 PM | Canal C | Breakout | Breakout #5 | Theatre | 100 |
| 2:00 AM | 2:00 PM | Canal D | Breakout | Breakout #6 | Theatre | 100 |
| 2:00 AM | 2:00 PM | Canal E | Breakout | Breakout #7 | Theatre | 100 |
| 2:00 AM | 2:00 PM | Delta A Lobby | 24 Hour Hold | Cyber Cafe | Special | 1 |
| 2:00 AM | 2:00 PM | Delta A Registration Desk | Office | Office | Office | 1 |
| 2:00 AM | 2:00 PM | Delta A w/Corridor | General Session | General Session | Theatre | 1,200 |
| 2:00 AM | 2:00 PM | Delta BCD | Meal Room | Meals Overflow | Flow | 1 |
| 2:00 AM | 2:00 PM | Delta BCD Lobby | 24 Hour Hold | Meals Overflow | Planner Defined | 1 |
| 2:00 AM | 2:00 PM | Delta C Registration Desk | Registration | Registration Desk | Registration | 1 |
| 2:00 AM | 2:00 PM | Delta D Registration Desk | Registration | Registration Desk | Registration | 1 |
| 2:00 AM | 2:00 PM | Delta Island AB | Breakout | Breakout #2 | Theatre | 100 |
| 2:00 AM | 2:00 PM | Delta Island E | Breakout | Breakout #1 | Theatre | 100 |
| 2:00 AM | 2:00 PM | Ryman Hall C1 | Exhibits | Exhibits | Exhibits | 1 |
| 2:00 AM | 5:00 PM | Delta Island Boardroom | Board Meeting | Board Meeting | Conference | 10 |
| 2:00 AM | 5:00 PM | Delta Island C | Office | Office | Office | 1 |
| 2:00 AM | 5:00 PM | Delta Island D | Office | Office | Office | 1 |
| 2:00 AM | 5:00 PM | Delta Island F | Storage | Storage | Storage | 1 |

**FOOD AND BEVERAGE PRICING; FOOD AND BEVERAGE GUARANTEE**
Food and Beverage pricing for the Event will be based on prevailing market conditions at the time of the Event. Current 2019 minimum banquet prices, excluding tax and a service charge, are as follows:

| | | | |
|---|---|---|---|
| Breakfast | Price range: | Dinner | Price range: |
| Continental | $32 - $35++ | Plated | $72 - $115++ |
| Plated | $34 - $39++ | Buffet | $95 - $124++ |
| Buffet | $43 - $55++ | | |
| Lunch | | Reception: | |
| Plated | $53 - $57++ | Full Bar: | |
| Buffet | $43 - $60++ | One Hour | $26 - $3++ |
| Box | $40++ | Two Hours | $38 - $42++ |
| | | Each Additional 30 Minutes | $7++ per person |
| | | Food: | |
| | | Light Hors d'oeuvre | $7.50 - $93++ |
| | | Heavy Hors d'oeuvre & Stations | $75 - $115++ |

Applicable taxes (currently 9.25% sales tax plus 15% Tennessee Liquor/Wine Tax) and a service charge (currently 25%) will be added to all food and beverage pricing. Service Charges for discounted menus will be based on retail pricing. All food and beverages served at functions associated with the Event must be provided, prepared, and served by Hotel and must be consumed on Hotel premises.

The Hotel is relying on, and the Group agrees to provide, a minimum of **$575,000.00** (the "F&B Guarantee") plus applicable taxes and service charges. Group agrees that the food and beverage

functions listed on the schedule of events are a major component of this Agreement and that the Hotel will suffer damages that will be difficult or impossible to calculate if the Event is held and the Group's actual food and beverage spend falls below the F&B Guarantee. In such event, the Group will pay the Hotel liquidated damages in an amount equal to the difference between (i) the F&B Guarantee *and* (ii) the actual total food and beverage revenue generated by the functions listed in the Event's program schedule. Group agrees that such damages are a reasonable estimate of the Hotel's actual damages and not a penalty. These liquidated damages are due within 30 days of the date such damages are incurred, and accrue interest at the rate of 1.5 percent per month (or, if less, the maximum amount permitted by law).

**Gaylord Opryland is pleased to recommend:**

*FREEMAN* is the world's leading provider of integrated services for face-to-face marketing. As a strategic based event partner, FREEMAN is the one source for all your exposition and convention service needs. They are conveniently located on property to assist you and your exhibitors. FREEMAN specializes in logistical solutions including exhibit booth programs, corporate events, custom carpet, furniture rental, floor plan design, digital graphic & design production, rental displays, group registration areas, staging/plush draping and material handling services. FREEMAN can also provide strategic solutions by developing social media integration, virtual extension components and ROI measurement to insure your organization achieves its immediate goals and continues its growth into the future. For more information visit the FREEMAN website at www.freemanco.com. Contact: Mark Kafader at 615-884-5706.

For over 50 years *PSAV Presentation Services* has specialized in the planning, production, and execution of complex presentations and events all over the world. They are one of the world's leading providers of event technology and integrated services for corporate events, conventions, exhibitions and awards shows. PSAV Presentation Services is honored to serve as the preferred in-house staging, production and audio visual services contractor and exclusive rigging services provider for Gaylord Hotels. With multiple offices and dedicated technical support on property, PSAV is positioned to properly assist you and your guests. PSAV Presentation Services is dedicated to providing a remarkable experience for event managers, exhibitors and attendees alike. For more information, please contact our in-house representative, TJ Worrel at 407-764-0021.

*Relâche*, our on-site resort spa, was designed with groups in mind. This 20,000-square-foot European-inspired spa features 12 massage, body and skin care treatment suites; a full-service salon; and a complete fitness center. Feel free to contact our Spa Sales Manager at (615) 458-1772, for more information about the range of services offered, including fitness breaks during your meetings.

**EXCLUSIVE SERVICES**

The Hotel retains exclusive rights to all truss, rigging services and rigging equipment. All rigging must be installed and supervised by PSAV, our exclusive and in-house rigging provider. Hotel's Department of Security and Safety Services is the exclusive provider of all security required by the Hotel and for all security requests.

**EXHIBITS**

We have blocked a minimum of 83,287 **gross** square feet of our Ryman Exhibit Hall for your needs at this time. Current charges for exhibit space are waived for the group. Rental includes exhibit space, available lighting, and air-conditioning only. A waste disposal fee will apply in the amount of $1,000.00 per 50,000 gross square feet utilized. This is a onetime charge. All electrical services and utilities are contracted through the Hotel's Engineering Department. Space charges will remain subject to economic review with a firm quote given to your group one year prior to arrival.

The Hotel's security must be utilized during exhibitor move-in and exhibitor dismantle days. Current charges for security are $40 per hour plus 7.5% facility charge plus applicable taxes.

The Hotel will require the decorator to provide a Certificate of Insurance. All contractors hired by the group to provide labor and/or services are required to submit to Conference Services, a copy of the insurance certificate (criteria to be provided by Conference Services). Those companies would include,

but are not limited to: General Contractors, Production Companies, Audio Visual Companies, Destination Management Services, Staffing Providers, Pyrotechnic Services, etc.

**AFFILIATE GROUPS**

So that we may accommodate any groups that are meeting in conjunction with your convention, please indicate which of the following procedures will be used by your group:

TBD KAC 3/31/19

Approximate number of affiliate groups anticipated: ____________

______ Approval must go through headquarters for function space.
______ Notify headquarters of affiliate group, but prior approval of space is not required.
______ Headquarters does not require any knowledge of any affiliate group.

Charges for function space required for affiliate groups will be negotiated at such time as space is requested.

**NON-COMPETE**

Prior to signing any contractual agreement, Hotel shall notify group, of any meeting or function currently scheduled over the same dates which may present a conflict of interest to group. Once a contract is signed, the Hotel agrees not to contract for any meetings sponsored by a competitor over the same peak dates unless written consent is received from group.

List of Group's direct competitors are listed below:

- American Express
- Bank of America
- Capital One Financial
- Comerica
- Citicorp/Citibank
- JP Morgan Chase
- Mellon Bank
- Merrill Lynch and Company
- Mitsubishi Tokyo (Union Bank)
- Morgan Stanley
- U.S. Bancorp
- LPL Financial
- Lincoln Financial Network
- Ameriprise Financial Services
- Northwestern Mutual
- Transamerica Financial Advisors
- MML Investors Services
- AXA Advisors
- Cambridge Investment Research
- Cetera Advisor Networks
- Voya Financial Advisors
- Princor Financial Services Corp.
- Securities America Inc.
- Commonwealth Financial Network
- Waddell & Reed Financial Advisors
- Royal Alliance Associates
- Cetera Financial Institutions
- NFP Advisor Services
- SagePoint Financial
- ProEquities Inc.
- National Planning Corp.
- Cetera Financial Specialists
- Invest Financial Corp
- Cetera Advisors
- The O.N. Equity Sales Co.
- Lincoln Investment Planning Inc.
- H. Beck Inc. American Portfolios Financial Services Inc.
- National Securities Corp.
- Triad Advisors Inc.
- Sterne Agee Financial Services
- NEXT Financial Group Inc.
- Sigma Financial Corp.
- Questar Capital Corp.
- Centaurus Financial Inc.
- SII Investments Inc.
- Independent Financial Group LLC
- Investacorp Inc.
- Parkland Securities
- Equity Services Inc.
- Raymond James
- 1st Global
- Edward Jones

| | |
|---|---|
| • FSC Securities Corp.<br>• Wells Fargo Advisors<br>• Woodbury Financial Services<br>• Ameritas Investment Corp.<br>• Securian Financial Services<br>• Hornor Townsend & Kent<br>• First Allied Securities<br>• Cadaret, Grant & Co. Inc.<br>• M Holdings Securities | |

**PRIVACY**
Marriott International, Inc. ("Marriott") is committed to complying with obligations applicable to Marriott under applicable privacy and data protection laws, including to the extent applicable EU data protection laws. Hotel shall comply with the then-current Marriott Group Global Privacy Statement (the "Privacy Statement," currently available at http://www.marriott.com/about/privacy.mi) with respect to any personal data received under this Agreement.

Without limiting the foregoing obligation, Hotel has implemented measures designed to: (1) provide notice to individuals about its collection and use of their personal data, including through the Privacy Statement; (2) use such personal data only for legitimate business purposes; (3) provide means by which individuals may request to review, correct, update, suppress, restrict or delete or port their personal data, consistent with applicable law; (4) require any service providers with whom personal data is shared to protect the confidentiality and security of such data; and (5) use technical and organizational measures to protect personal data within its organization against unauthorized or unlawful access, acquisition, use, disclosure, loss, or alteration.

HD Vest Inc. will obtain all necessary rights and permissions prior to providing any personal data to Hotel, including all rights and permissions required for Hotel, Hotel affiliates, and service providers to use and transfer the personal data to locations both within and outside the point of collection (including to the United States) in accordance with Hotel's privacy statement and applicable law. Notwithstanding any other provision, Hotel may use an individual's own personal data to the extent directed by, consented to or requested by such individual.

**ATTRITION**
Hotel is relying upon Group's use of the Room Night Commitment. Group agrees that a loss will be incurred by Hotel if Group's actual usage is less than 80% of the Room Night Commitment.

If Group's actual usage is less than 80% of the Room Night Commitment, Group agrees to pay, as liquidated damages and not as a penalty, the difference between 80% of the Room Night Commitment and Group's actual usage, multiplied by the average group room rate, plus applicable taxes.

**CANCELLATION POLICY**
Group agrees that it bears responsibility for payment for the Room Block and the F&B Guarantee. Group also agrees that the Hotel will suffer actual harm that will be difficult to determine if the Group cancels this Agreement after the date hereof for reasons other than those specified in this Agreement. The Group will pay as liquidated damages to the Hotel, depending upon the timing of such cancellation, the following amounts, as a reasonable estimate of harm to Hotel for the cancellation:

| Time Period of Cancellation | Amount of Liquidated Damages Due |
|---|---|
| 0-180 days prior to arrival | 100% of total room revenue plus 75% of F&B Guarantee |
| 181-365 days prior to arrival | 75% of total room revenue* plus 50% of F&B Guarantee |
| 366-551 days prior to arrival | 50% of total room revenue* plus 40% of F&B Guarantee |
| 552-730 days prior to arrival | 40% of total room revenue* plus 40% of F&B Guarantee |
| 731 or more days prior to arrival | 25% of total room revenue* plus 40% of F&B Guarantee |

*The term "total room revenue" means the dollar amount equal to the Room Block multiplied by the

Group's average room rate (exclusive of staff room rates and complimentary rooms, if any and resort fee).

Such amount (the "Cancellation Charge") will be due and payable due within 30 days of the date of cancellation, and accrue interest at the rate of 1.5 percent per month (or, if less, the maximum amount permitted by law). If required by the applicable jurisdiction, the Group will pay sales and/or other applicable taxes with respect to the Cancellation Charge outlined above.

**PERFORMANCE LICENSES**
HD Vest Inc. will be solely responsible for obtaining any necessary licenses or permission to perform, broadcast, transmit, or display any copyrighted works (including without limitation, music, audio, or video recordings, art, etc.) that HD Vest Inc. may use or request to be used at the Hotel.

**FORCE MAJEURE**
Either party may be excused from performance without liability if circumstances beyond its reasonable control, such as acts of God, war, acts of domestic terrorism, strikes or similar circumstances, make it illegal or impossible to provide or use the Hotel facilities. The ability to terminate pursuant to this clause is conditioned upon delivery written notice to the other party setting forth the basis for such termination within ten (10) days after learning of such basis.

**LITIGATION EXPENSES**
The parties agree that, in the event litigation relating to this Agreement is filed by either party, the non-prevailing party in such litigation will pay the prevailing party's costs resulting from the litigation, including reasonable attorneys' fees.

**LIQUOR LICENSE**
HD Vest Inc. understands that Hotel's liquor license requires that beverages only be dispensed by Hotel employees or bartenders. Alcoholic beverage service may be denied to those guests who appear to be intoxicated or are under age.

**COMMUNICATIONS BETWEEN THE PARTIES**
Notices sent between the parties may be sent via regular mail, with the effective date as of the date of mailing, or by Federal Express or other overnight delivery service, with the effective date the date of receipt, or by facsimile, with the effective date as of the date shown on the confirmation of receipt. Copies or facsimiles shall be considered as valid as original documents.

**CONSTRUCTION/REMODELING**
Hotel will from time to time undertake a remodeling or construction project at its facilities. In performing such remodeling and/or construction project, the Hotel will take appropriate steps to ensure the Group's use of the facilities will not be materially adversely affected by such remodeling and/or construction work. There will be no construction in any reserved space without prior notification. We will make sure adequate number of restaurants/outlets remain open and are not undergoing construction at the same time.

**DISHONORED RESERVATIONS**
If the Hotel is unable to provide a room to a Group attendee holding an accepted or confirmed reservation, Hotel may provide alternative accommodations to such attendee (an "Affected Attendee") without such action constituting a breach of this Agreement, provided the terms and conditions of this paragraph are followed. In such an event, the Hotel will provide, at its cost, the substitute hotel accommodations to the Affected Attendee and transportation to and from the substitute hotel for each day that Hotel cannot provide a room. Upon return to the Hotel, the Hotel will provide a note of apology, and every attempt will be made to place the guest in an upgraded room.

**SEVERABILITY**
If for any reason a court of competent jurisdiction finds any provision of this Agreement or portion thereof to be unenforceable, that provision shall be enforced to the maximum extent permissible so as to affect the intent of the parties, and the remainder of the Agreement shall continue in full force and effect.

**AMERICANS WITH DISABILITIES ACT (ADA) COMPLIANCE**
Each party agrees to use good faith efforts to ensure that it complies with its obligations under the Americans with Disabilities Act and the Act's accompanying regulation and guidelines (collectively the "ADA"). Each party further agrees to indemnify and hold the other party harmless from and against any and all claims and expenses, including attorney's fees and litigation expenses, that may be incurred by or asserted against the other party or its officers, directors, agents, and employees on the basis of the indemnifying party's non-compliance with any of the provisions of the ADA. HD Vest Inc. agrees to provide Hotel with reasonable advance notice about the special needs of any attendees of which HD Vest Inc. is aware.

This Agreement is subject to all applicable federal, state, and local laws, including health and safety codes, alcoholic beverage control laws, disability laws, federal anti-terrorism laws and regulations, and the like. Hotel and HD Vest Inc. agree to cooperate with each other to ensure compliance with such laws.

**EXECUTION; ASSIGNMENT; AMENDMENTS**
By execution of this Agreement, the parties specifically acknowledge and agree that this Agreement sets forth the entire understanding between the parties with respect to the subject matter hereof, shall act as the binding obligation of the parties, and the individual party signing this Agreement on behalf of a party has the requisite power and authority to bind such party. No modification, amendment of, or supplement to this Agreement shall be valid or effective unless the same is in writing and signed by both parties. The Hotel may require ancillary terms under this Agreement, such as its Policies and Procedures and Banquet Event Orders, and such terms, to the extent not inconsistent with the provisions of this Agreement, shall be binding upon the Group.

**INDEMNIFICATION**
Each party to this Agreement shall, to the extent not covered by the indemnified party's insurance, indemnify, defend, and hold harmless the other party and its officers, directors, agents, employees, and owners from and against any and all demands, claims, damages to persons or property, losses, and liabilities, including reasonable attorneys' fees (collectively, "Claims"), arising solely out of or solely caused by the indemnifying party's negligence or willful misconduct in connection with the provision and use of Hotel as contemplated by this Agreement. This paragraph shall not waive any statutory limitations of liability available to either party, including innkeepers' limitation of liability laws, nor shall it waive any defenses either party may have with respect to any Claim.

**COMPLIANCE WITH LAW**
This Agreement is subject to all applicable federal, state, and local laws, including health and safety codes, alcoholic beverage control laws, disability laws, federal anti-terrorism laws and regulations, and the like. Hotel and HD Vest Inc. agree to cooperate with each other to ensure compliance with such laws.

**CHANGES, ADDITIONS, STIPULATIONS, OR LINING OUT**
Any changes, additions, stipulations or deletions including corrective lining out by either Hotel or HD Vest Inc. will not be considered agreed to or binding on the other unless such modifications have been initialed or otherwise approved in writing by the other.

**ACCEPTANCE**
When presented by the Hotel to HD Vest Inc., this document is an invitation by the Hotel to HD Vest Inc. to make an offer. Upon signature by HD Vest Inc., this document will be an offer by HD Vest Inc. Only upon signature of this document by all parties will this document constitute a binding agreement. Unless the Hotel otherwise notifies HD Vest Inc. at any time prior to HD Vest Inc.' execution of this document, the outlined format and dates will be held by the Hotel for HD Vest Inc. on a first-option basis until **March 31, 2019**. If HD Vest Inc. cannot make a commitment prior to that date, this invitation to offer will revert to a second-option basis or, at the Hotel's option, the arrangements will be released, in which case neither party will have any further obligations.

Upon signature by both parties, HD Vest Inc. and the Hotel shall have agreed to and executed this Agreement by their authorized representatives as of the dates indicated below.

**SIGNATURES**

Approved and authorized by HD Vest Inc.

Name: (Print) Scott Rawlins

Title: (Print) President

Signature: [signature]

Date: 3/28/19

Approved and authorized by Hotel:

Name: (Print) Katie Collins

Title: (Print) Senior Sales Executive

Signature: [signature]

Date: 3/31/19